**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDA PHARMACEUTICALS INC.,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 23-152-JLH<br>(Consolidated) |
| VANDA PHARMACEUTICALS INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | C.A. No. 23-153-JLH<br>(Consolidated) |

**ORDER**

At Wilmington, this 24th day of September, 2026:

WHEREAS, pending before the Court is Defendants' Motion for Summary Judgment #2: The Asserted Patents Are Entitled to a Priority Date No Earlier Than July 6, 2021 (No. 23-152, D.I. 298; No. 23-153, D.I. 251);

WHEREAS, summary judgment may only be granted where "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law," Fed. R. Civ. P. 56(a);

WHEREAS, "a patent application is entitled to the benefit of the filing date of an earlier filed application only if the disclosure of the earlier application provides support for the claims of

the later application, as required by 35 U.S.C. § 112," *PowerOasis, Inc. v. T-Mobile USA, Inc.*, 522 F.3d 1299, 1306 (Fed. Cir. 2008) (quoting *In re Chu*, 66 F.3d 292, 297 (Fed. Cir. 1995));

WHEREAS, compliance with the written description requirement of § 112 is a question of fact, *id.* at 1307;

WHEREAS, the record reflects a factual dispute over whether the Asserted Patents are entitled to a priority date no earlier than July 6, 2021;

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment #2: The Asserted Patents Are Entitled to a Priority Date No Earlier Than July 6, 2021 (No. 23-152, D.I. 298; No. 23-153, D.I. 251) is DENIED.

HONORABLE JENNIFER L. HALL
U.S. District Judge