**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDA PHARMACEUTICALS INC.,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 23-152-JLH<br>(Consolidated)<br><br>[redacted]<br><br>**Redacted - Public Version** |

**<u>JOINT STATUS LETTER TO THE HONORABLE JENNIFER L. HALL</u>**

Dear Judge Hall:

Counsel for Teva and Vanda submit this joint status letter in response to the Court's instructions during the status conference held on October 9. Teva and Vanda [redacted] The parties [redacted] respectfully ask that they be permitted to present another joint status report one week from today, on October 21, [redacted]

Dated: October 14, 2026

/s/ Daniel M. Silver
Daniel M. Silver (No. 4758)
Alexandra M. Joyce (No. 6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:
Paul W. Hughes
Sarah P. Hogarth
Mary H. Schnoor
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

Jason A. Leonard
MCDERMOTT WILL & SCHULTE LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 547-5400

Respectfully submitted,

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:
J.C. Rozendaal
Deirdre M. Wells
William H. Milliken
Byron Pickard
Donald R. Banowit
Brady P. Gleason
Sasha S. Rao
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600

*Attorneys for Teva Pharmaceuticals USA, Inc.*

Samoneh Schickel
McDermott Will & Schulte
LLP 300 Colorado Street, Suite
2200 Austin, TX 78701
(512) 726-2600

*Attorneys for Plaintiff*
*Vanda Pharmaceuticals Inc.*

cc: Clerk of the Court (via ECF and Hand Delivery)
All Counsel of Record (via Email)