IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VANDA PHARMACEUTICALS INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| v. | ) | C.A. No. 23-152-JLH |
| | ) | **CONSOLIDATED** |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | [redacted] |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS LETTER TO THE HONORABLE JENNIFER L. HALL**

Dear Judge Hall:

Counsel for Teva and Vanda submit this joint status letter in response to the Court's Oral Order of October 15 (D.I. 400). The parties' [redacted] respectfully ask that they be permitted to present another joint status report not later than one week from today, by October 28. [redacted]

Respectfully submitted,

/s/ Daniel M. Silver
Daniel M. Silver (No. 4758)
Alexandra M. Joyce (No. 6423)
McCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:
Paul W. Hughes
Sarah P. Hogarth
Mary H. Schnoor
McDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

Jason A. Leonard
McDERMOTT WILL & SCHULTE LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 547-5400

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:
J.C. Rozendaal
Deirdre M. Wells
William H. Milliken
Byron Pickard
Donald R. Banowit
Brady P. Gleason
Sasha S. Rao
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600

*Attorneys for Teva Pharmaceuticals USA, Inc.*

Samoneh Schickel
McDermott Will & Schulte LLP
300 Colorado Street, Suite 2200
Austin, TX 78701
(512) 726-2600

*Attorneys for Plaintiff*
*Vanda Pharmaceuticals Inc.*

Dated: October 21, 2026