**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VANDA PHARMACEUTICALS INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-152-JLH |
| | ) | **CONSOLIDATED** |
| TEVA PHARMACEUTICALS USA, INC., | ) | [redacted] |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | | PUBLIC VERSION FILED: November 11, 2026 |

**JOINT STATUS LETTER TO THE HONORABLE JENNIFER L. HALL**

Dear Judge Hall:

Counsel for Teva and Vanda submit this joint status letter in response to the Court's Oral Order of November 2 (D.I. 407). The parties' [redacted] respectfully ask that they be permitted to present another joint status report not later than two weeks from today, by November 18. [redacted]

Dated: November 4, 2026

Respectfully submitted,

*/s/ Daniel M. Silver*
Daniel M. Silver (No. 4758)
Alexandra M. Joyce (No. 6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:
Paul W. Hughes
Sarah P. Hogarth
Mary H. Schnoor
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

Jason A. Leonard
MCDERMOTT WILL & SCHULTE LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 547-5400

*/s/ Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:
J.C. Rozendaal
Deirdre M. Wells
William H. Milliken
Byron Pickard
Donald R. Banowit
Brady P. Gleason
Sasha S. Rao
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600

*Attorneys for Teva Pharmaceuticals USA, Inc.*

Samoneh Schickel
McDermott Will & Schulte LLP
300 Colorado Street, Suite 2200
Austin, TX 78701
(512) 726-2600

*Attorneys for Plaintiff*
*Vanda Pharmaceuticals Inc.*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on November 4, 2026 on the following counsel in the manner indicated:

**VIA EMAIL:**

John W. Shaw
Karen E. Keller
Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Flr.
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

J.C. Rozendaal
Deirdre M. Wells
Sasha S. Rao
Donald R. Banowit
William H. Milliken
Brady P. Gleason
STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
1101 K Street, NW, 10th Flr.
Washington, DC 20005
(202) 371-2600
jcrozendaal@sternekessler.com
dwells@sternekessler.com
srao@sternekessler.com
dbanowit@sternekessler.com
wmilliken@sternekessler.com
bgleason@sternekessler.com

*Attorneys for Defendant Teva Pharmaceuticals USA Inc.*

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)